UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MARTIN J. MAYER and
SHIRLEY R. MAYER,

          Plaintiffs,

v.

A&R LOGISTICS, INC.,

          Defendant.

ORDER OF DISMISSAL

Case No. 10-cv 228-wmc

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 21st day of July, 2011.

_____
William M. Conley
United States District Judge